CHARLES A. BRANDMAN et al., Respondents-Appellants, v. ROBERT H. RINGEL, Appellant-Respondent.— The allegations of the complaint which defendant contends makes the contract sued upon illegal and unenforcible are not essential to the complaint and the cause of action alleged, so it was proper to give plaintiffs leave to serve an amended complaint. Whether the illegality is collateral to the contract and not a bar to maintenance of the action (*Rosasco Creameries, Inc.*, v. *Cohen*, 276 N. Y. 274) or an integral part of the contract which should bar its enforcement (*Strum* v. *Truby*, 245 App. Div. 357) may await the showing at the trial. Order appealed from unanimously affirmed, without costs, and with leave to the plaintiffs to serve an amended complaint within ten days after entry of order. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of FELIX BACK, as Assignee, Judgment-Creditor-Appellant, against CLARA E. WAGEMANN, Judgment-Debtor-Respondent.— Order appealed from unanimously affirmed, with $10 costs and disbursements to the respondent. The denial of the motion to punish for contempt was proper. (See *Matter of Gill* v. *Schwartz*, 273 App. Div. 606; *Bergman* v. *Buechler*, 249 App. Div. 553; *Compton & Co.* v. *Williams*, 248 App. Div. 545.) With respect to that part of the order directing a reference as to the matters involved on the cross motion we feel that the facts and circumstances under which the appellant procured an assignment of the judgment should be fully developed. We do not pass upon the merits and express no opinion as to the propriety of the relief sought on the cross motion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES PETROCELLI, Appellant.— Judgment of conviction unanimously modified by striking out the additional sentence imposed on defendant of fifteen days commitment to the city prison or workhouse, and as so modified affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SINGLETON, Appellant.— Judgment of conviction unanimously modified by striking out the additional sentence of thirty days in the workhouse, and as so modified affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

EMILY S. JACKSON, Appellant, v. RALEIGH ASSOCIATES, INC., et al., Respondents.— We think that the applicability of the defenses set up in the amended replies should await the trial. Order denying plaintiff's motion for leave to serve amended replies to the answers of the defendants unanimously reversed, with $10 costs and disbursements to the appellant, and the motion granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 274 App. Div. 821.]

EMILY S. JACKSON, Appellant, v. RALEIGH ASSOCIATES, INC., et al., Respondents.— Order denying plaintiff's motion for summary judgment, so far as appealed from, unanimously affirmed, with $10 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 274 App. Div. 821.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. (Tax Year 1943–44.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALL PEOPLE REALTY CORP. Appellant, against WILLIAM W. MILLS et al., Constituting the